UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAUGEN,

        Plaintiff,

   v.

MURRAY,

        Defendant.

14-cv-03638-VC

**AMENDED JUDGMENT**

For the reasons stated in the Court's June 22, 2015 order affirming the judgment of the bankruptcy court, Docket No. 8, the Court now enters judgment in favor of the appellees and against the appellant.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:   July 20, 2015

_____
VINCE CHHABRIA
United States District Judge